**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORRIS DAJON MILLER, | Case No. CV 17-2969 SJO (SS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LILY KEENAN, | |
| Defendant. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 6/19/18

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE